IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) ) | |
| CERIDIAN CORPORATION, ) ) | **COMPLAINT** **JURY TRIAL DEMAND** |
| Defendant. ) ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and retaliation and to provide appropriate relief to Dr. James T. Shelton ("Dr. Shelton") who was adversely affected by such practices.  Plaintiff Equal Employment Opportunity Commission ("EEOC" or "Commission") alleges that Ceridian Corporation ("Ceridian") subjected Dr. Shelton to disparate terms and conditions of employment because of his race, African American, and terminated him because of his race and in retaliation for his complaints of racial discrimination.

## JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3), and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Minnesota.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. Section 2000e-5(f)(1) and (3).

4. At all times relevant, Defendant Ceridian has continuously been doing business in the City of Eagan, Minnesota and has continuously had at least fifteen employees.

5. At all times relevant, Defendant Ceridian has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. Sections 2000(e)(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Dr. Shelton filed a charge with the Commission alleging violation of Title VII by Defendant. All administrative conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least April, 2004, Ceridian has engaged in unlawful employment practices in Eagan, Minnesota, in violation of Sections 703(a) and 704(a) of Title VII, 42 U.S.C. Sections 2000e-2(a) and 3(a). Such unlawful employment practices include but are not limited to

(a) subjecting Dr. Shelton to increased scrutiny of his performance and placing him on a performance improvement plan because of his race; and

(b) following his complaints of racial discrimination, terminating him on or about September 14, 2004 on account of his race and in retaliation for complaining about race discrimination.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Dr. Shelton of equal employment opportunities and otherwise adversely affect his status as an employee, because of his race and because he opposed discrimination.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 were done with malice or with reckless indifference to the federally protected rights of Dr. Shelton because of his race and/or because he opposed discrimination.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of race and from engaging in any retaliation for opposing discrimination or for participating in any manner in any investigation, proceeding, or litigation under Title VII.

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals regardless of their race, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Dr. Shelton by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief

necessary to eradicate the effects of its unlawful employment practices, including rightful place reinstatement.

  D. Order Defendant to make whole Dr. Shelton by providing compensation for past and future pecuniary losses resulting from the unlawful practices described in paragraph 7 above, in amounts to be determined at trial.

  E. Order Defendant to make whole Dr. Shelton by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices of complained of in paragraph 7 above, including emotional pain, inconvenience and humiliation, in amounts to be determined at trial.

  F. Order Defendant to pay to Dr. Shelton punitive damages for its malicious and reckless conduct described in paragraph 7 above, in an amount to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest, and

  H. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

        Respectfully submitted,

        Ronald S. Cooper
        General Counsel

        James L. Lee
        Deputy General Counsel

        Gwendolyn Young Reams
        Associate General Counsel

        EQUAL EMPLOYMENT OPPORTUNITY
            COMMISSION
        1801 "L" Street, N.W.
        Washington, D.C.  20507


        <u>s/John C. Hendrickson</u>
        John C. Hendrickson
        Regional Attorney


        <u>s/Jean P. Kamp</u>
        Jean P. Kamp
        Associate Regional Attorney


        EQUAL EMPLOYMENT OPPORTUNITY
            COMMISSION
        Chicago District Office
        500 West Madison Street
        Suite 2800
        Chicago, IL  60661
        (312) 353-7726