UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Equal Employment Opportunity Commission,

        Plaintiff,

-vs-                                              Civ. 07-4086 (DSD/JJG)

Ceridian Corporation,

        Defendant.

## COST JUDGMENT

The costs of the Defendant, Ceridian Corporation, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Equal Employment Opportunity Commission, as follows:

|  | Claimed | Allowed |
|---|---|---|
| Fees for transcripts | $4,252.60[1] | $4,252.60 |
| Fees for copies | $1,122.64 | $521.64 |
| TOTAL: | $5,375.24 | $4,774.24 |

Costs, therefore, are taxed in the sum of four thousand seven hundred seventy-four dollars and 24/100, against Plaintiff, Equal Employment Opportunity Commission, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk of Court.

Dated at Minneapolis, Minnesota, this 29th day of July, 2009.

                                                RICHARD D. SLETTEN, CLERK

                                                By: s/ Tricia Pepin

                                                Tricia Pepin
                                                Deputy Clerk

---

[1] Defendant claimed a total amount of $4,690.50 in fees for printed or electronically recorded transcripts. When calculating the sum of the verified individual transcript fees claimed by defendant, however, the total amount claimed is $4,252.60. As a result, the Clerk will use the sum of the individually claimed transcript fees as defendant's claimed amount for transcript fees.